USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/20/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

U.S. BANK NATIONAL ASSOCIATION, as successor to WACHOVIA BANK, NATIONAL ASSOCIATION,

                Interpleader Plaintiff,

-against-

BARCLAYS BANK PLC and MORGAN STANLEY CAPITAL SERVICES INC.,

                Interpleader Defendants.

---

Case No. 09-cv-462 (RMB) (RLE)

## STIPULATION AND ORDER OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Interpleader Plaintiff U.S. Bank N.A. ("U.S. Bank"), Interpleader Defendant Barclays Bank PLC ("Barclays"), and Interpleader Defendant Morgan Stanley Capital Services Inc. ("MSCS") hereby stipulate and agree that all claims in the above-captioned case shall be dismissed with prejudice, including the claims asserted in: U.S. Bank's Interpleader Complaint; Barclays' Answer, Affirmative Defenses, and Statement Supporting Claims for Relief; and MSCS's Answer, Affirmative Defenses, and Statement Supporting Claims for Relief.

*Clerk to close this case.*

DATED: New York, New York
April 19, 2011

ZEICHNER ELLMAN & KRAUSE LLP

By: ___/s/_____
David B. Chenkin
dchenkin@zeklaw.com
Jantra Van Roy
jvanroy@zeklaw.com
Stephen F. Ellman
sellman@zeklaw.com

575 Lexington Avenue
New York, New York 10022
(212) 223-0400

*Attorneys for U.S. Bank N.A.*

BOIES SCHILLER & FLEXNER LLP

By: _____
Jonathan D. Schiller
jschiller@bsfllp.com
David R. Boyd
dboyd@bsfllp.com
Alanna C. Rutherford
arutherford@bsfllp.com

575 Lexington Avenue
New York, New York 10022
(212) 446-2300

*Attorneys for Barclays Bank PLC*

QUINN EMANUEL URQUHART
  & SULLIVAN LLP

By: _____
Michael B. Carlinsky
michaelcarlinsky@quinnemanuel.com
Richard I. Werder, Jr.
rickwerder@quinnemanuel.com
Jonathan E. Pickhardt
jonpickhardt@quinnemanuel.com

51 Madison Avenue, 22nd Floor
New York, New York 10010
(212) 849–7000

*Attorneys for Morgan Stanley Capital Services Inc.*

SO ORDERED: **Good Job!**

This **20th** day of **April**, 2011

___/s/ RMB_____
HON. RICHARD BERMAN
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

2

ZEICHNER ELLMAN & KRAUSE LLP

By: _____
    David B. Chenkin
    *dchenkin@zeklaw.com*
    Jantra Van Roy
    *jvanroy@zeklaw.com*
    Rosh Jaffe
    *rjaffe@zeklaw.com*

575 Lexington Avenue
New York, New York 10022
(212) 223-0400

*Attorneys for U.S. Bank N.A.*

BOIES SCHILLER & FLEXNER LLP

By: _____
    Jonathan D. Schiller
    *jschiller@bsfllp.com*
    David R. Boyd
    *dboyd@bsfllp.com*
    Alanna C. Rutherford
    *arutherford@bsfllp.com*

575 Lexington Avenue
New York, New York 10022
(212) 446-2300

*Attorneys for Barclays Bank PLC*

QUINN EMANUEL URQUHART
  & SULLIVAN LLP

By: _____
    Michael B. Carlinsky
    *michaelcarlinsky@quinnemanuel.com*
    Richard I. Werder, Jr.
    *rickwerder@quinnemanuel.com*
    Jonathan E. Pickhardt
    *jonpickhardt@quinnemanuel.com*

51 Madison Avenue, 22nd Floor
New York, New York 10010
(212) 849-7000

*Attorneys for Morgan Stanley Capital Services Inc.*

**SO ORDERED:**

This **20th** day of **April**, 2011

_____
HON. RICHARD BERMAN
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ZEICHNER ELLMAN & KRAUSE LLP

By: _____
    David B. Chenkin
    *dchenkin@zeklaw.com*
    Jantra Van Roy
    *jvanroy@zeklaw.com*

575 Lexington Avenue
New York, New York 10022
(212) 223-0400

*Attorneys for U.S. Bank N.A.*

BOIES SCHILLER & FLEXNER LLP

By: /s/ Jonathan Schiller
    Jonathan D. Schiller
    *jschiller@bsfllp.com*
    David R. Boyd
    *dboyd@bsfllp.com*
    Alanna C. Rutherford
    *arutherford@bsfllp.com*

575 Lexington Avenue
New York, New York 10022
(212) 446-2300

*Attorneys for Barclays Bank PLC*

QUINN EMANUEL URQUHART
  & SULLIVAN LLP

By: _____
    Michael B. Carlinsky
    *michaelcarlinsky@quinnemanuel.com*
    Richard I. Werder, Jr.
    *rickwerder@quinnemanuel.com*
    Jonathan E. Pickhardt
    *jonpickhardt@quinnemanuel.com*

51 Madison Avenue, 22nd Floor
New York, New York 10010
(212) 849-7000

*Attorneys for Morgan Stanley Capital Services Inc.*

**SO ORDERED:**

This **20th** day of **April**, 2011

/s/ RMB
_____
HON. RICHARD BERMAN
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

2